UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARRH & ASSOCIATES, LLC,

        Plaintiff,

v.                                 Case No:   6:23-cv-59-RBD-DCI

LASIK PARTNERS, LLC,

        Defendant

### DISCLOSURE STATEMENT PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Karrh & Associates, LLC, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: N/A

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: Karrh & Associates. P.A. – Alabama; Lasik Partners, LLC – Florida

---

[2] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome: Karrh & Associates (Jim Karrh) Plaintiff. Plaintiff's attorney, Eilleen O'Malley.
Lasik Partners, LLC (Mark K. Herschel) Defendant. Defendant's attorney, Joshua Coffman.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: None

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: None

6. Identify each person arguably eligible for restitution: None

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

/s/Eileen O'Malley
Eileen O'Malley Esq.
Korshak & Associates P.A.
950 S. Winter Park Dr. Ste. 290
Casselberry, FL 32707
eomalley@korshaklaw.com