# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KARRH & ASSOCIATES, LLC,

    Plaintiff,

v.                                                      Case No:  6:23-cv-59-RBD-DCI

LASIK PARTNERS, LLC,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 27), filed April 28, 2023.  No answer has been filed.  Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on May 1, 2023.



ROY B. DALTON JR.
United States District Judge